EDGAR R. NIELD, State Bar # 135018
LAW OFFICES OF EDGAR R. NIELD
The Plaza
4370 La Jolla Village Drive
San Diego, California 92122
Indian Wells, California 92210
Telephone: (858) 552-552-6745
Facsimile: (858) 552-6749
E-mail: enield@nieldlaw.com

Attorneys for Non-Party,
CALIFORNIA DEPARTMENT OF
CORRECTIONS & REHABILITATION

No Filing Fee Required
Government Code §6103

UNITED STATES DISTRICT COURT

SOURHTERN DISTRICT OF CALIFORNIA

THORNELL BROWN,

   Plaintiff,

v.

B. STONE, et al.

   Defendants.

CASE NO. 2:04-CV-01810-ODW (PJWx)

STIPULATED PROTECTIVE ORDER RE RECORDS PRODUCED BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION PURSUANT TO THE SUBPOENA ISSUED PLAINTIFF THORNELL BROWN

## STIPULATION

Pursuant to the terms and conditions set out below, The Department of Corrections and Rehabilitation (CDCR) will produce the records sought in the subpoena issued by counsel on behalf of plaintiff Thornell Brown, dated March 7, 2008, as follows:

IT IS HEREBY STIPULATED AND AGREED by and between the CDCR and all parties to this stipulation that:

1. The CDCR will release the documents requested by plaintiff Thornell Brown, pursuant to the subpoena issued on his behalf by attorney Samantha K. Feld, of the Law Firm of Esquiro, Snell & Wilmer L.L.P. and dated March 7, 2008 (attached hereto as Exhibit "A"), subject to the following restrictions:

  a. The only documents and materials to be produced pursuant to the defendants' subpoena dated March 7, 2008;

STIPULATED PROTECTIVE ORDER

1

07cv0409 JAH (NLS)

1         b.     Neither the attorneys for the plaintiff or their staffs shall copy any portion of the documents released, except where necessary to submit to the Court under seal, in connection with court proceedings;

       c.     Other than as necessary in court proceedings, neither the documents nor any portion of them shall be shown or provided to the plaintiff, but the attorneys of record for the plaintiff and his or her staff shall be permitted to show the documents to the plaintiff and to discuss the contents of the documents with the plaintiff; and

       d.     No materials containing the name, address, or other identifying information, such as date of birth, social security (hereinafter collectively referred to as "identifying information") about any employee of the CDCR, any victim of crime(s), or any third party shall be shown to or provided to defendant or any counsel, without further order of the Court. Further, no materials containing identifying information about any employee of the CDCR from the file shall be made public without written notice to the CDCR with opportunity to object, and notice to the Court.

2.     Any documents produced pursuant to this Stipulated Protective Order shall be used solely in connection with the case of *Thornell Brown v. B. Stone, et. al.*, Case No. 2:04-CV-01810-ODW (PJWx), including any associated appellate proceedings, and collateral review, and not for any other purpose, including any other litigation of the above captioned matter.

3.     Each person to whom disclosure of the documents is made shall, prior to the time of disclosure, is to be provided by the person furnishing such materials, a copy of this Stipulated Protective Order, and shall agree in writing that he/she has read the Stipulated Protective Order, and understands the provisions of the Stipulated Protective Order. The writing must also include consent, by the person to whom the disclosure is made, to be subject to the jurisdiction of this Court with respect to any proceeding related to enforcement of this Stipulated Protective Order, including without limitation, any proceeding for contempt.

4.     Any violation of this Order may be punishable as Contempt of Court.

5.     Nothing in this Stipulation and Protective Order is intended to prevent officials or employees of the CDCR from having access to and use of materials to which they would have

LAW OFFICES OF EDGAR R. NIELD
4891A LA JOLLA VILLAGE DRIVE, Suite 345
SAN DIEGO, CALIFORNIA 92122
TELEPHONE (858) 453-6745

STIPULATED PROTECTIVE ORDER    2    07cv0409 JAH (NLS)

access in the normal course of their official duties.

6. At the conclusion of this matter, whether through trial, appeal, collateral review, or other final dispositions, all materials produced pursuant to the subpoena, and pursuant to this Stipulated Protective Order, and all copies, shall be destroyed or returned to the CDCR. If said documents, or copies thereof, are destroyed, notification of their destruction is to be given to the CDCR by counsel for plaintiff.

DATED: 12-18-08

Respectfully submitted,

LAW OFFICES OF EDGAR R. NIELD

BY: _____
EDGAR R. NIELD
Attorneys for Non-Party,
CALIFORNIA DEPARTMENT OF
CORRECTIONS & REHABILITATION

DATED: 12-18-08

Respectfully submitted,

ESQUIRE, SNELL & WILMER L.L.P.

BY: _____
JEFFREY SINGLETERRY
Attorneys for Plaintiff

ORDER

IT IS SO ORDERED.
DATED: JANUARY 26 2009

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BY: _____
OTIS D. WRIGHT, Judge

STIPULATED PROTECTIVE ORDER    3    07cv0409 JAH (NLS)